IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ERIC SALAIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE LLC d/b/a TAX DEFENSE AGENCY, a California limited liability company, and GARY CRAIG,<br><br>Defendants. | Civil Action No.: 3:24-CV-00361-KC<br><br>**[PROPOSED] ORDER** |

Plaintiff ERIC SALAIZ moves for the entry of the Clerk's default against Defendant UNITED TAX DEFENSE LLC and Defendant GARY CRAIG for failure to respond to this Court's Summons and Complaint that were duly served more than twenty-one days ago. Defendants are neither minors nor incompetent persons. For good cause shown, the Clerk hereby enters Default against Defendant UNITED TAX DEFENSE LLC and Defendant GARY CRAIG.

**IT IS SO ORDERED.**

DATED: 12-17-24

_Michael A. Trujillo_
Clerk of the Court  Deputy