Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ERIK SALAIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TAX DEFENSE LLC and GARY W CRAIG,<br><br>Defendants. | Civil Action No.: EP-24-CV-361-KC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERIK SALAIZ hereby voluntarily dismisses this entire action, with prejudice, with each side bearing its own costs and attorney's fees. No opposing party has served an answer or a motion for summary judgment.

Dated: June 4, 2025

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*