IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-24-CV-361-KC |
| **UNITED TAX DEFENSE LLC and GARY W CRAIG,** | § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff Erik Salaiz's Notice of Voluntary Dismissal with Prejudice, ECF No. 12. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 5th day of June, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE